September 30, 1977

M. P. No. 75-168. JAMES M. LAFLEUR *v.* JAMES H. LAFLEUR. Petition for writ of habeas corpus is denied. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiff-respondent. *Berge Gregian,* for defendant-petitioner.

M. P. No. 76-452. GERALD BAKER *et al. v.* WILLIAM E. LAURIE, JR. In our opinion filed in this case, we reserved decision and we ordered that the case be remanded to the Superior Court for an evidentiary hearing. That hearing has been held and the case has been returned to us.

The petitioners are ordered to file, within 20 days of this order, a memorandum to *show cause* why the petition for habeas corpus should be granted.

The respondent is directed to respond to the petitioners' memorandum within 10 days after its receipt. *Paul J. DiMaio, Harris L. Berson,* for plaintiffs. *Julius C. Michaelson,* Attorney General, *Nancy Marks Rahmes,* Special Assistant Attorney General, for defendant.

M. P. No. 77-214. ANDREW J. JORDAN, JR. *v.* EUGENE P. PETIT, JR., *Registrar of Motor Vehicles.* The petition for waiving of the filing fee is denied.

The petition for writ of certiorari is denied as not being filed according to the rules requiring payment of a filing fee. *Aram K. Berberian,* for petitioner. *Stephen F. Mullen,* Chief Legal Counsel, Office of Special Counsel, for respondent.